UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **GREEN MOUNTAIN** | ) | Case No. 14-64287-BEM |
| **MANAGEMENT, LLC,** *et al.,* [1] | ) | (Joint Administration Pending) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## DECLARATION REGARDING CONSOLIDATED CREDITOR MATRIX

Georgia Flattop Partners, LLC and Green Mountain Management, LLC (collectively, the "**Debtors**") hereby certify under penalty of perjury that the Creditor Mailing Matrix submitted herewith, pursuant to Rule 1007(a) of the Federal Rules of Bankruptcy Procedure, containing the list of all creditors of the Debtors, is complete and, to the best of the Debtors' knowledge, correct and consistent with Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records. This listing does not constitute and shall not be deemed to constitute: (1) an acknowledgement of the accuracy of the identity of any such creditor or the amount of such claim of any particular claim holder; (2) an acknowledgement that any listed claim

---

[1] The last four digits of the employer identification number for each of the Debtors follow in parenthesis: (i) Green Mountain Management, LLC (0734) and (ii) Georgia Flattop Partners, LLC (3208). The Debtors' mailing address is 3740 Davinci Court, Suite 460, Norcross, Georgia 30092.

is an allowed claim under 11 U.S.C. § 502 or otherwise; or (3) a waiver of any right or legal position of the Debtors.

Dated: July 28, 2014
      Atlanta, Georgia

                                            _____
                                            Daniel B. Cowart
                                            Chairman, Green Mountain Management, LLC
                                            Sole Member, Georgia Flattop Partners, LLC

## CREDITOR MATRIX

| | | |
|---|---|---|
| A & R Tires<br>6518 W Jefferson Road<br>Quinton, AL  35130 | AAA Environmental Services<br>1221 Pinson Street<br>Birmingham, AL  35217 | Abbott, Livingston, Smith & Higgins, P.C.<br>2501 Twentieth Place South<br>Suite 425<br>Birmingham, AL  35523 |
| Adams and Reese, LLP<br>1901 6th Avenue North<br>Suite 300<br>Birmingham, AL  35203 | Adamsville Solid Waste Authority<br>City of Adamsville<br>Attn: City Clerk<br>P. O. Box 309<br>Adamsville, AL  35005 | ADEM<br>P. O. Box 301463<br>Montgomery, AL 36130-1463 |
| Advantage Waste LLC<br>P. O. Box 187<br>Warrior, AL  35180 | AFLAC<br>Attn:  Remittance Services<br>1931 Wynnton Road<br>Columbus, GA  31999-0797 | AGC Self Insurers Fund<br>P. O. Box 11407<br>Birmingham, AL  35246-0988 |
| Airgas<br>P. O. Box 532609<br>Atlanta, GA  30353-2609 | Alabama AGC<br>P. O. Box 102066<br>Irondale, AL  35210 | Alabama Dept of Revenue<br>P. O. Box 327320<br>Montgomery, AL  36132-7320 |
| Alabama Power<br>P. O. Box 242<br>Birmingham, AL  35292 | All Clean Sanitation LLC<br>P. O. Box 160<br>Trafford, AL  35172 | AllTech Computer Works, Inc.<br>100 Oxmoor Blvd, Suite 190<br>Homewood, AL  35209 |
| Alston & Bird LLP<br>One Atlantic Center<br>1201 W Peachtree Street<br>Atlanta, GA  30309-3424 | Amwaste<br>1400 Porter Road<br>Sylvan Springs, AL  35118 | Artec Tractor & Equipment<br>7421 Highway 5 North<br>Nauvoo, AL  35578 |
| Astralloy Steel Products<br>24935 Network Place<br>Chicago, IL  60673-1249 | Auto-Owners Insurance<br>P. O. Box 30315<br>Lansing, MI  48909-7815 | Benson Belt Maintenance, Inc.<br>P. O. Box 2781<br>Jasper, AL  35502 |
| Bevill State Community College<br>P. O. Box 800<br>Sumiton, AL  35148 | Big Moe Spring & Alignment of Birmingham<br>4219 Gary Avenue<br>Fairfield, AL  35005 | Blue Water Holdings LLC<br>P. O. Box 362<br>Fairhope, AL  36533 |
| BMW Group Inc.<br>7312 Haymarket Lane<br>Raleigh, NC  27615 | BNY Mellon Trust Co.<br>Financial Control Billing Dept<br>P. O. Box 19445A<br>Newark, NJ  07195-0445 | Byars & Associates, Inc<br>P. O. Box 1309<br>1700 4th Avenue<br>Jasper, AL  35502 |
| C & W Service Company<br>P. O. Box 339<br>Dora, AL  35062 | Carl Cannon Chevrolet<br>299 Carl Cannon Blvd<br>Jasper, AL  35501 | Carnaggio's Photography<br>8048 Mitchell Lane<br>Birmingham, AL  35216 |
| Carroll's Truck & Repair, Inc.<br>P. O. Box 368<br>27961 Hwy 5<br>Woodstock, AL  35188 | Catrena Carter<br>2308B Tyler Road<br>Hoover, AL  35226 | CBE Group<br>P. O. Box 78626<br>Phoenix, AZ  85062-8626 |
| CDG Engineers & Associates<br>P. O. Box 278<br>Andalusia, AL  36420 | Cellular Sales<br>2254 Pelham Pkwy<br>Pelham, AL  35124 | Chuck Vann<br>5127 Split Rail Trail<br>Birmingham, AL  35244 |

| Cintas<br>P. O. Box 630910<br>Location 323<br>Cincinnati, OH  45263-0910 | Cintas FAS Lockbox 636525<br>P. O. Box 636525<br>Cincinnati, OH  45263-6525 | City of Adamsville<br>4828 Main Street<br>Adamsville, AL  35005 |
|---|---|---|
| City of Jasper<br>400 W 19th Street<br>P. O. Box 1589<br>Jasper, AL  35502 | Creative Images<br>3298 Allison-Bonnet Memorial Drive<br>Hueytown, AL  35023 | Crumbley Backhoe<br>Attn: Ron Crumbly<br>10600 County Road 63 N<br>Carbon Hill, AL  35549 |
| Crusher Works LLC<br>1166 Raimund Muscoda Rd<br>Birmingham, AL  35020 | CT Corporation<br>P. O. Box 4349<br>Carol, Stream, IL  60197-4349 | D & G Sales, Inc.<br>460 Honeysuckle Drive<br>Oneonta, AL  35121 |
| Dan Cowart, Inc.<br>Attn: Daniel B. Cowart<br>3740 Davinci Court<br>Suite 460<br>Norcross, GA  30092 | Darryl Oden<br>5152 Walnut Drive<br>Mulga, AL  35118 | Datafax, Inc.<br>P. O. Box 981097<br>Boston, MA  02298-1097 |
| David Cagle's Automotive<br>3618 Veterans Memorial Dr<br>Adamsville, AL  35005 | Deese Quail & Pheasant Farm<br>10989 Mt. Zion Road<br>Ramer, AL  36069 | Delaware Sec of State<br>Divisions of Corporations<br>P. O. Box 5509<br>Binghamton, NY  13902-5509 |
| Deltacom<br>P. O. Box 2252<br>Birmingham, AL  35246-1058 | Direct TV<br>P. O. Box 78626<br>Phoenix, AZ  85062 | Eastern Sales, Inc.<br>P. O. Box 69<br>Graysville, AL  35073 |
| EDS Lock<br>2608 N 32 Avenue<br>Birmingham, AL  35207 | Eric Stephens<br>233 Sellers Road<br>Dora, AL  35062 | ET Environmental Corporation, LLC<br>Attn: Bill Higginbotham<br>4501 Bridgetown Road<br>Suite 105<br>Cincinnati, OH  45211 |
| Fastenal<br>P. O. Box 978<br>Winona, MN  55987-0978 | Federal Express<br>P. O. Box 660481<br>Dallas, TX  75266-0481 | Firemaster<br>Dept 1019<br>P. O. Box 121019<br>Dallas, TX  75312-1019 |
| Deborah Swafford<br>22415 County Road 12<br>Foley, AL  36535 | Forestdale Ace Hardware<br>1215A Forestdale Blvd<br>Birmingham, AL  35214 | Frazier & Deeter<br>1230 Peachtree St, NE<br>Suite 1500<br>Atlanta, GA  30309 |
| Freedom Waste Service<br>6500 Glenridge Park Place #10<br>Louisville, KY  40222 | FTS Innovations, Inc.<br>P. O. Box 669005<br>Marietta, GA  30066 | Gamble Steel, Inc.<br>20157 Calhoun Road<br>McCalla, AL  35111 |
| Gold Shield Alliance Inc.<br>3504 Cherry Chase Court SE<br>Conyers, GA  30013 | Gorrie-Regan and Assoc Inc<br>2927 Central Avenue<br>Birmingham, AL  35209 | Graphic Design & Prom. Inc<br>P. O. Box 130748<br>Birmingham, AL  35213 |

| | | |
|---|---|---|
| Gravitt Plumbing Heating & Cooling<br>2508 Bowstring Drive<br>Birmingham, AL 35214 | Great American Tent Co<br>3086 Decatur Hwy<br>Gardendale, AL 35071 | Green Worx LLC<br>Attn: Scott Roberts<br>P. O. Box 154<br>Graysville, AL 35073 |
| GunnCo Pump & Control Inc<br>P. O. Box 2789<br>Cumming, GA 30028 | Hager Oil Company<br>P. O. Box 1429<br>Jasper, AL 35502 | Harbor Freight Tools<br>136 Green Springs Hwy<br>Birmingham, AL 35209 |
| Henry Oil Company, Inc.<br>P. O. Box 501<br>Jasper, AL 35502 | Hoover Revenue Department<br>P. O. Box 360628<br>Hoover, AL 35236-0628 | HTSI<br>528 Mineral Trace<br>Hoover, AL 35244 |
| Huel Lovell<br>4505 Honeysuckle Road<br>Quinton, AL 35130 | Inertia Machine Corporation<br>P. O. Box 858<br>Freeport, IL 61032 | IPFS Corporation<br>P. O. Box 730223<br>Dallas, TX 75373-0223 |
| Iron Mountain Farm<br>398 County Road 79<br>Carbon Hill, AL 35549 | James E. Kendrick<br>27474 Highway 145<br>Wilsonville, AL 35186 | Jasper Industrial Maintenance<br>1404 Tenth Avenue, West<br>Jasper, AL 35501-4128 |
| Jay Electronic Co., Inc.<br>Birmingham Service Div.<br>5300 East Lake Blvd. | Jeff Claunch<br>7068 Camellia Dell Lane<br>Bon Secour, AL 36511 | Jefferson Co Dept of Health<br>P. O. Box 2648<br>Birmingham, AL 35202-2648 |
| Jefferson Co Treasurer<br>1290 Oak Grove Road<br>Homewood, AL 35209 | Jon Morris<br>174 Savannah Lane<br>Calera, AL 35040 | Julian Welding & Machine<br>815 American JT Road<br>Parrish, AL 35580 |
| Kanawha<br>P. O. Box 569<br>Poca, WV 25159 | Keiths Auto Repair<br>P. O. Box 23<br>Dora, AL 35062 | James Thacker<br>P. O. Box 63<br>Quinton, AL 35130 |
| Kitchens Kelley Gaynes PC<br>Attn: Joel Arogeti<br>5555 Glenridge Connector<br>Suite 800<br>Atlanta, GA 30342 | KJ Construction<br>3027 Woodruff Mill Road<br>Adamsville, AL 35005 | L. Rushton Rice<br>3405 Boxwood Drive<br>Montgomery, AL 36111 |
| Lamar Moore<br>9765 Filley Dean Road<br>Pinson, AL 35126 | Langley Thomas<br>4597 Kettering Drive<br>Roswell, GA 30075 | Lawson Products Inc<br>P. O. Box 809401<br>Chicago, IL 60680-9401 |
| Little Warrior Hydraulics<br>5595 Flat Top Road<br>Dora, AL 35062 | M & M Tire and Mechanical Services, Inc.<br>P. O. Box 311332<br>Birmingham, AL 35231 | Magic City Films Inc<br>P. O. Box 12445<br>Birmingham, AL 35202 |
| Mantek<br>23261 Network Place<br>Chicago, IL 60673-1232 | Marigold Works LLC<br>200 18th Avenue SW<br>Jasper, AL 35501 | Mark's Lawn and Landscape<br>229 Hall Burton Road<br>Sumiton, AL 35148 |
| Massey Auto Parts<br>P. O. Box 30<br>Locust Fork, Al 35097 | Master Image Inc<br>P. O. Box 59056<br>Birmingham, AL 35259 | McNuts Radiator<br>36 Cooley Road Hwy 79<br>Remlap, AL 35133 |

- 3 -

| | | |
|---|---|---|
| Meeks Environmental Services LLC<br>1625 Holmes Drive<br>Bessemer, AL  35020 | Michael Selwood<br>124 Crofton Drive<br>Pittsburgh, PA  15238 | Mike Barton<br>5152 Walnut Drive<br>Mulga, AL  35118 |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.<br>Attn: Colleen Murphy<br>One Financial Center<br>Boston, MA  02111 | Moore Coal Co., Inc.<br>129 North Fourth Street<br>Bessemer, AL  35020 | Motion Industries<br>1605 Alton Road<br>Birmingham, AL  35210 |
| Mr. TV Sales & Service<br>5381 Highway 195<br>Jasper, AL  35503 | Nabors Radiator and Electric Service Co.<br>617 25th Street<br>Birmingham, AL  35233 | Oil Equipment Company<br>511 North 11th Street<br>Birmingham, AL  35203 |
| P & M Trucking<br>3991 Old Birmingham Hwy<br>Jasper, AL  35501 | Peterbilt of Birmingham<br>2592 Commerce Circle<br>Birmingham, AL  35217 | Pinkey, Inc.<br>P. O. Box 59453<br>Birmingham, AL  35259 |
| Pinnacle Bank<br>1811 Second Avenue<br>P. O. Box 1629<br>Jasper, AL  35502 | Premier Health Center LLC<br>2165 Highway 78, Suite 100<br>Dora, AL  35062 | R & C Equipment<br>P. O. Box 149<br>Locust Grove, AL  35079 |
| Razorback Screen Services Inc<br>6 Industrial Park<br>Benton, AR  72015 | RDS<br>Julie Fowler<br>P. O. Box 83075<br>Birmingham, AL  35283 | Regional Produce Distributors LLC<br>624 16th Avenue West<br>Birmingham, AL  35204 |
| Rocking R<br>22370 Buckville Road<br>McCalla, AL  35111 | Ron Crumbley<br>10600 County Road 63 N<br>Carbon Hill, AL  35549 | S & H Glass Co<br>P. O. Box 512<br>Clay, AL  35047 |
| Scott's Excavating & Hauling Inc<br>Attn: Scott Roberts<br>7771 County Road 222<br>Cullman, AL  35057 | Sign Builders Inc.<br>P. O. Box 28380<br>Birmingham, AL  35228 | Smith Manus<br>2307 River Road, Suite 200<br>Louisville, KY  40206-5005 |
| Southeast Toyota Finance<br>P. O. Box 70832<br>Charlotte, NC  28262-0832 | Southern Linc<br>P. O. Box 931581<br>Atlanta, GA  31193-1581 | Southern Parts & Supply Co, LLC<br>P. O. Box 10624<br>Birmingham, AL  35202-0624 |
| Sparkling Cleaning Service<br>1 Chase Corporate Drive<br>Suite 400<br>Birmingham, AL  35244 | Star Truck Parts<br>2616 North 20th Street<br>Birmingham, AL  35234 | State of Alabama Dept of Agriculture<br>P. O. Box 3336<br>Montgomery, AL  36109-0336 |
| Stone & Sons Electrical<br>2530 Queenstown Road<br>Birmingham, AL  35210 | Sunbelt Creative LLC<br>14915 Cedar Street<br>Magnolia Springs, AL  36555 | SWANA<br>1100 Wayne Avenue<br>Suite 650<br>Silver Spring, MO  20910 |
| The Cincinnati Insurance Co<br>P. O. Box 145620<br>Cincinnati, OH  45250-5620 | The Sheffield Fund<br>1800 Corporate Drive<br>Birmingham, AL  35242 | The Solid Waste Assoc of North America<br>1100 Wayne Ave, Suite 700<br>Silver Spring, MD  20910 |

| | | |
|---|---|---|
| Thompson Tractor<br>P. O. Box 934005<br>Atlanta, GA  31193-4005 | Tommy Chapman<br>30953 Osprey Court<br>Orange Beach, AL  36561 | Town of West Jefferson Gas & Water<br>P. O. Box 158<br>Quinton, AL  35130 |
| Tractor & Equipment Co<br>P. O. Box 12326<br>Birmingham, AL  35202-2326 | Tractor Trailer Repair Inc<br>P. O. Box 600<br>Graysville, AL  35073 | Travis A Hulsey, Director<br>Jefferson Co Dept of Revenue<br>P. O. Box 830710<br>Birmingham, AL  35283-0710 |
| TruckPro<br>P. O. Box 905044<br>Charlotte, NC  28290-5044 | TRUX<br>485 Pinebrush Road, Suite 302<br>Cambridge, ON  N1T 0A6 | US Dept of Treasury<br>Mine Safety & Health Admin<br>P. O. Box 790390<br>St. Louis, MO  63179-0390 |
| UMB Bank N.A.<br>Attn: Michael Slade<br>120 South Sixth Street<br>Suite 1400<br>Minneapolis, MN  55402 | Verizon Wireless<br>P. O. Box 660108<br>Dallas, TX  75266-0108 | Veterans Landscaping Co Inc<br>3801 Mary Taylor Road<br>Birmingham, AL  35235 |
| Veterans Oil Co, Inc<br>2070 Highway 150<br>Bessemer, AL  35022 | Viking Business Solutions<br>P. O. Box 727<br>Jasper, AL  35502-0727 | Volvo Rents<br>3131 Jordan Lane<br>Huntsville, AL  35806 |
| Vulcan Disposal, LLC<br>3740 Davinci Court, Suite 460<br>Norcross, GA  30092 | W. W. Williams<br>Dept L. 303<br>Columbia, OH  43260-9303 | Walter Minerals, Inc.<br>300 Riverchase Galleria<br>Suite 1700<br>Birmingham, AL  35244 |
| Wardell Morris<br>P. O. Box 110958<br>Birmingham, AL  35211 | Wehby Heating & Cooling<br>7387 Mill Creek Drive<br>Dora, AL  35062 | Weil Wrecker Service Inc<br>3400 2nd Avenue, S<br>Birmingham, AL  35222 |
| Westwood Auto Parts<br>1215 Forestdale Blvd.<br>Birmingham, AL  35214 | Witcher Office Supply<br>1000 Highway 78 East<br>P. O. Box 1364<br>Jasper, AL  35501 | The Solid Waste Disposal Authority of City of Adamsville, Alabama<br>P. O. Box 309<br>Adamsville, AL  35005 |
| Nations Equipment Finance LLC<br>101 Merritt Seven, 5th Floor<br>Norwalk, CT  08651 | Tommy Chapman<br>30953 Osprey Court<br>Orange Beach, AL  36561 | Daniel B. Cowart<br>3740 Davinci Court, Suite 460<br>Norcross, Georgia 30092 |
| Caterpillar Financial Services Corporation<br>P. O. Box 730681<br>Dallas, TX  75373-0681 | Caterpillar Financial Services Corporation<br>2120 West End Avenue<br>Nashville, TN  37203 | First Bank of Jasper<br>P. O. Box 105233<br>Atlanta, GA  30348 |
| First National Bank of Jasper<br>P.O. Box 31<br>Jasper, AL  35501 | GE Capital<br>P. O. Box 740425<br>Atlanta, GA  30374-0425 | General Electric Capital Corporation<br>P.O. Box 35701<br>Billings, MT  59107--570 |
| Komatsu<br>P.O. Box 99303<br>Chicago, IL  60693-9303 | Komatsu Financial Limited Partnership<br>1701 W. Golf Road<br>Suite 1-300<br>Rolling Meadows, IL  60008 | PACCAR Financial Corp<br>P. O. Box 530491<br>Atlanta, GA  30353-0491 |

| | | |
|---|---|---|
| The Piedmont Bank<br>5270 Peachtree Parkway<br>Suite 116<br>Norcross, GA  30092 | Sandvik Finance<br>300 Technology Court<br>Smyrna, GA  30082 | Sandvik Customer Finance LLC<br>300 Technology Court<br>Smyrna, GA  30082 |
| Tenth Street Fund II, L.P.<br>2300 West Sahara Avenue<br>Suite 1000<br>Las Vegas, NV  89102 | The Bank of New York Mellon Trust Company, NA, as Assignee of The Solid Waste Disposal Authority of the City of Adamsville<br>Attn: Corporate Trust Administration<br>505 20th Street N, 9th Floor<br>Birmingham, AL  35203 | Thompson Tractor Co., Inc.<br>P.O. Box 10367<br>Birmingham, AL  35202 |
| Tractor & Equipment Company<br>5336 Airport Highway<br>Birmingham, AL  35212 | Trinity-Green Mountain, LLC<br>1915 Airport Road<br>Suite 2-D<br>Chamblee, Georgia 30341 | Utica LeaseCo, LLC<br>44225 Utica Road<br>Utica, MI  48317 |
| Nuveen Asset Management, LLC<br>Attn: John V. Miller<br>333 W. Wacker Dr.<br>Chicago, IL 60606 | Nuveen Asset Management, LLC<br>Attn: Registered Agent<br>CT Corporation System<br>155 Federal St., Ste. 700<br>Boston, MA 02110 | Ward and Wilson, LLC<br>2100 Southbridge Parkway<br>Suite 580<br>Birmingham, AL |
| Laurie Allred<br>4097 Burrows Crossing Road<br>Jasper, AL  35504 | James Blackmon<br>559 Ball Park Road<br>Dora, AL  35062 | Terry Chance<br>4321 Kendall Avenue<br>Adamsville, AL  35005 |
| Johnathon Click<br>4004 Poplar Drive<br>Adamsville, AL  35005 | Andy Cornelius<br>31937 Hwy 69<br>Jasper, AL  35504 | Paul Cornelius<br>31887 Hwy 69<br>Jasper, AL  35504 |
| Charles Cox<br>1285 Street Road<br>Jasper, AL  35504 | Jeremy Crocker<br>6304 Tribute Lane<br>Dora, AL  35062 | Tiffany Crocker<br>6304 Tribute Lane<br>Dora, AL  35062 |
| Scott Downs<br>1802 Man O War Drive<br>Helena, AL  35080 | Melissa Duncan<br>4004 Poplar Drive<br>Adamsville, AL  35005 | Joe Glenn<br>3609 Arkadelphia Road<br>Jasper, AL  35504 |
| Cheryl Gracien<br>1824 Mt Woods Place<br>Vestavia Hills, AL  35216 | Allen Harbin<br>251 Hilltop Road<br>Cordova, AL  35550 | Henry Harper<br>1947 Dutton Hill Road<br>Oakman, AL  35579 |
| Brian Heath Henderson<br>97 Hill Drive<br>Quinton, AL  35130 | David Hendricks<br>7926 Bluff Ridge Road<br>Bessemer, AL  35022 | Joseph Hendricks<br>12827 Braswell Drive<br>McCalla, AL  35111 |
| Pamela Hendricks<br>7926 Bluff Ridge Road<br>Bessemer, AL  35022 | Steven Hendricks<br>P. O. Box 12<br>Graysville, AL  35073 | William Hogan<br>1009 Salem Street<br>Birmingham, AL  35224 |
| Corey Huey<br>152 3rd Street, SE<br>Graysville, AL  35073 | Shannon Humphrey<br>7437 Wyndham Pkwy<br>Helena, AL  35080 | Grady Jones<br>348 McCory Road<br>Jasper, AL  35504 |

| | | |
|---|---|---|
| Otis Joseph<br>5217 Java Avenue<br>Birmingham, AL 35224 | Wesley Kittle<br>4255 Baxter Avenue<br>Graysville, AL 35073 | Adam Lemley<br>3460 Blue Springs Road<br>Wilsonville, AL 35186 |
| Woodrow Martin<br>21374 Pleasant Grove Road<br>Vance, AL 35490 | Milan Phillips<br>326 Crews Drive, Lot A-10<br>Dora, AL 35062 | Shane Posey<br>603 Ball Park Road<br>Dora, AL 35062 |
| Bruce Sedor<br>1355 Poplar Trail<br>Warrior, AL 35180 | Richard Sheffield<br>426 Phillips Town Road<br>Empire, AL 35063 | Desmond Thomas<br>5849 Princess Blvd<br>Birmingham, AL 35215 |
| The Piedmont Bank<br>P. O. Box 923505<br>Norcross, GA 30010-3505 | Wells Fargo Bank, N.A.<br>Birmingham Business Banking<br>P. O. Box 6995<br>Portland, OR 97228 | Zossima Holdings, LLC<br>3740 Davinci Court, Suite 460<br>Norcross, Georgia 30092 |
| Waldrep, Stewart & Kendrick, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203 | First Tuskegee Bank<br>660 Adams Avenue<br>Montgomery, AL 36104 | Jones Walker LLP<br>Attn: Matthew C. McDonald<br>11 N Water Street, Suite 1200<br>Mobile, AL 36602 |
| United States Steel Corporation<br>Attn: Ronald D. Cerminaro<br>Director Procurement–Capex<br>600 Grant Street, Room 2028<br>Pittsburgh, PA 15219 | Walter Minerals, Inc.<br>Attn: Kathy Love<br>300 Riverchase Galleria<br>Suite 1700<br>Birmingham, AL 35244 | Jackson, Fikes, Hood & Brakefield<br>Attn: James C. Brakefield<br>P.O. Box 748<br>Jasper, AL 35502 |
| Office of the United States Trustee<br>Attn: David S. Weidenbaum<br>362 Richard B. Russell Building<br>75 Spring St., SW<br>Atlanta, GA 30303 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 21125<br>Philadelphia, PA 19114-0325 | Tax Division<br>U.S. Department of Justice<br>Attn: Chief, Civil Trial Section, Southern Region<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001 |
| United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001 | U.S. Attorney<br>Northern District of Georgia<br>75 Spring Street, SW<br>Suite 600<br>Atlanta, GA 30303-3309 | Environmental Protection Agency<br>Office of General Counsel 2310A<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460 |
| Environmental Protection Agency<br>Atlanta Federal Center<br>61 Forsyth Street, SW<br>Atlanta, GA 30303-3104 | State of Georgia Revenue Commissioner<br>1800 Century Boulevard<br>Suite 15300<br>Atlanta, GA 30345 | Georgia Department of Revenue<br>Bankruptcy Insolvency Unit<br>1800 Century Boulevard<br>Suite 1700<br>Atlanta, GA 30345 |
| State of Georgia<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 | Alabama Department of Revenue Commissioner<br>50 North Ripley St.<br>Montgomery, AL 36104 | State of Alabama Department of Revenue<br>Legal Division<br>P.O. Box 320001<br>Montgomery, AL 36132-0001 |

| State of Alabama<br>Office of the Attorney General<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Alabama Department of Environmental Management<br>Director<br>P.O. Box 301463<br>Montgomery, AL 36130-1463 |
|---|---|---|
| Alabama Department of Environmental Management<br>Land Division<br>Solid Waste Branch<br>P.O. Box 301463<br>Montgomery, AL 36130-1463 | Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Capell & Howard P.C.<br>Post Office Box 2069<br>Montgomery, AL 36102-2069 |
| Wastequip, Inc.<br>P.O. Box 712487<br>Cincinnati, OH  45271-2487 | | |